

fredaeusen

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

GRACE CHUNG BECKER
Acting Assistant Attorney General
U.S. Department of Justice
Civil Rights Division
Criminal Section
JARED FISHMAN
Trial Attorney
601 D Street, NW
Washington, D.C. 20530
Telephone: (202) 514-3204

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

MAY 21 2008 pd.

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00031 |
| Plaintiff, | |
| | INFORMATION |
| vs. | |
| | CONSPIRACY |
| FREDA ESEUN 94, ~~EUSEN~~, | [18 U.S.C. § 371] |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

From in or about April 2006, continuing to on or about January 14, 2008, in the District of Guam and elsewhere, FREDA ESEUN 94, ~~EUSEN~~, the defendant, together with others known and unknown, unlawfully, willfully, intentionally, and knowingly did conspire, confederate and agree, together and with each other, to commit an offense against the United States, to wit, to commit sex trafficking in violation of Title 18, United States Code, Sections 1591(a) and 2, by

participating in a venture which has engaged in commercial sex acts, knowing that fraud, force and coercion would be used to cause the Victims to engage in such acts.

All in violation of Title 18, United States Code, Section 371.

Dated this 21st day of May, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *(signed)* for
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Approved:

By: *(signed)*
JEFFREY J. STRAND
First Assistant U.S. Attorney

GRACE CHUNG BECKER
Acting Assistant Attorney General
U.S. DEPARTMENT OF JUSTICE
Civil Rights Division
Criminal Section

By: *(signed)*
JARED FISHMAN
Trial Attorney

2