JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
FREDA ~~ESUEN~~
ESEUN



FILED
DISTRICT COURT OF GUAM

MAY 22 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-00008 3/ |
| | ) | |
| Plaintiff, | ) | STIPULATION TO RESCHEDULE |
| | ) | CHANGE OF PLEA HEARING DATE |
| vs. | ) | |
| | ) | |
| FREDA ~~ESUEN~~ ESEUN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Change of Plea Hearing currently set for May 27, 2008, at 2:30 p.m., be rescheduled to May 23, 2008, at 2:00 p.m., as defense counsel will be unavailable on the original date.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, May 22, 2008.

_____
JOHN T. GORMAN
Attorney for Defendant
FREDA ~~ESUEN~~ ESEUN

_____
KARON V. JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA