JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
FREDA ESEUN

## IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00031 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | Granting Stipulation to Reschedule |
| FREDA ESEUN, | ) | Change of Plea Hearing Date |
| Defendant. | ) | |

Upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that the Change of Plea Hearing in the above-captioned case previously scheduled for May 27, 2008, is rescheduled to May 23, 2008 at 2:00 p.m.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: May 22, 2008