# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-08-00031          DATE: May 23, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: None Present      Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio      Electronically Recorded: 2:06:13 - 2:53:41

**APPEARANCES:**

Defendant: Freda Eseun      Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter: Tatasy A. Curley      Language: Chukeese

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made to plea agreement
- Defendant consented to a Rule 11 Plea in a Felony Case before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Waiver of Indictment executed.
- Plea entered: Guilty
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Status hearing set for August 21, 2008 at 2:30 p.m.
- Defendant released as previously ordered by this Court in Criminal Case 08-00008.

NOTES: