O AO 455 (Rev. 5/85) Waiver of Indictment

FILED
DISTRICT COURT OF GUAM
MAY 23 2008
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA

V.

WAIVER OF INDICTMENT

FREDA ESEUN

CASE NUMBER:

I, __FREDA ESEUN__, the above named defendant, who is accused of Conspiracy in violation of Title 18, United States Code, Section 371

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5/23/08__ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer