# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FREDA ESEUN,<br><br>　　　　　　Defendant. | CRIMINAL CASE NO. 08-00031<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nun pro tunc* to May 19, 2008.

Dated this 23rd day of May 2008.

　　　　　　　　　　　　　　　　　/s/ Joaquin V.E. Manibusan, Jr.
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge