# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE*

CASE NO.: CR-08-00031                    DATE: May 23, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: None Present

Courtroom Deputy: Walter M. Tenorio

Court Recorder: Walter Tenorio

Electronically Recorded: 2:06:13 - 2:53:41

**APPEARANCES:**

Defendant: Freda Eseun                    Attorney: John Gorman

☑Present ☐Custody ☐Bond ☑P.R.          ☑Present ☐Retained ☑FPD ☐CJA

U.S. Attorney: Karon Johnson

U.S. Probation: Stephen Guilliot

U.S. Agent:

Interpreter: Tatasy A. Curley            Language: Chukeese

**PROCEEDINGS: Initial Appearance on an Information, Waiver of Indictment, Plea***

- Pen and ink changes made to plea agreement
- Defendant consented to a Rule 11 Plea in a Felony Case before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Waiver of Indictment executed.
- Plea entered: <u>Guilty</u>
- Plea: <u>Accepted</u>.
- Report and Recommendation executed by the Court.
- Status hearing set for <u>August 21, 2008 at 2:30 p.m.</u>
- Defendant released as previously ordered by this Court in Criminal Case 08-00008.

NOTES: Amended to modify proceeding type*.