IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00031 |
| Plaintiff, | ) | |
| | ) | **ORDER ACCEPTING PLEA OF GUILTY** |
| vs. | ) | **AND ADJUDICATING GUILT, AND** |
| | ) | **NOTICE OF SENTENCING** |
| FREDA ESEUN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Information charging her with Criminal Conspiracy, in violation of 18 U.S.C. § 371, is now ACCEPTED and the Defendant is ADJUDGED GUILTY of such offense. All parties shall appear before this Court for a status hearing on August 21, 2008, at 2:30 p.m., with sentencing to be set at a later date.

IT IS SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jun 11, 2008**