

fredaeseunstp

LEONARDO M. RAPADAS
United States Attorney
ROSETTA A. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00031 |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATED MOTION TO<br>) CONTINUE STATUS HEARING |
| FREDA ESEUN, | ) |
| Defendant. | ) |

The parties in the above-entitled matter, the United States of America, and the defendant through her counsel, John Gorman, hereby motion this Honorable Court to continue the Status hearing date currently scheduled for August 21, 2008, and that it be continued for three (3) months, at a date and time to be selected by the court at it's convenience.

//
//
//
//
//
//

| | |
|---|---|
| 1 | The parties make this request for the reason that the defendant is a material witness in the |
| 2 | trial of <u>United States v. Song Ja Cha, et. al,</u> which is currently scheduled for a motion hearing on |
| 3 | October 10, 2008. A continuance will allow the government an opportunity to brief the court |
| 4 | with the extent of the defendant's cooperation |

8/20/08
DATE

JOHN T. GORMAN
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

8/20/08
DATE   By:

ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney