LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00031 |
| Plaintiff, | ) **ORDER**<br>) **Re: Stipulated Motion To** |
| vs. | ) **Continue Status Hearing** |
| FREDA ESEUN, | ) |
| Defendant. | ) |

Upon the Stipulation of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that the August 21, 2008 status hearing be continued to November 25, 2008 at 2:30 p.m.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Aug 21, 2008**